**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

October 27, 2015

Hon. Carlos Escobar
Escobar Law Firm
2415 N. 10th Street
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. Juan M. Pequeno Jr.
2300 W. Pike, Suite 300
Weslaco, TX 78596
* DELIVERED VIA E-MAIL *

Hon. Lance Alan Kirby
Jones, Galligan, Key & Lozano
2300 West Pike Boulevard, Suite 300
P. O. Drawer 1247
Weslaco, TX 78599-1247
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00484-CV
Tr.Ct.No. 2015-DCL-04747
Style:    Lone Star National Bank v. Betancourt Holdings, LLC and Elite Rehab
Services

Appellee's motion to withdraw attorneys (Hon. Mark Sparks and Hon. Michael A. Downey) in the above cause was this day GRANTED by this Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch